CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendants BRIAN AUBUCHON,
MARCUS JAMES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRANVILLE SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>B. AUBUCHON, M. JAMES,<br><br>Defendants. | Case No.: 2:14-cv-00775 KJM CMK<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; ORDER** |

**PLEASE TAKE NOTICE** that Jesse M. Rivera has been retained to substitute as counsel for Defendants BRIAN AUBUCHON and MARCUS JAMES in the above-captioned matter.

Withdrawing counsel for Defendants is:

> Robert L. Chalfant, SBN 203051
> Cregger & Chalfant LLP
> 701 University Avenue, Suite 110
> Sacramento, CA 95825
> Telephone:   (916) 426-1889

All pleadings, orders and notices should be served upon the following substituted counsel for Defendants BRIAN AUBUCHON and MARCUS JAMES:

> Jesse M. Rivera, SBN 84259
> RIVERA & ASSOCIATES
> 1425 River Park Drive, Suite 250
> Sacramento, CA 95815
> Telephone:   (916) 922-1200
> Fax:              (916) 922-1303
> Email:           jesse@jmr-law.net

CREGGER & CHALFANT, LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL; ORDER
Case No. 2:14-cv-00775 KJM CMK

1

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: July 31, 2018

/s/ Brian Aubuchon
BRIAN AUBUCHON

Dated: July 31, 2018

/s/ Marcus James
MARCUS JAMES

I consent to being substituted.

Dated: July 31, 2018          CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT

I consent to the above substitution.

Dated: August 1, 2018         RIVERA & ASSOCIATES

/s/ Jesse M. Rivera
JESSE M. RIVERA

## **ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: August 6, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER
Case No. 2:14-cv-00775 KJM CMK

2

# PROOF OF SERVICE

**CASE:** William Granville Smith v. B. Aubuchon, et al.
**NO.:** 2:14-cv-00775 KJM CMK

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 701 University Avenue, Suite 110, Sacramento, CA 95825.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER** on all parties in said action as addressed below by causing a true copy thereof to be:

<u>x</u>  **placed in a sealed envelope** with first class postage thereon fully prepaid in a designated area for outgoing mail;

___  **delivered by hand**;

___  **telecopied by facsimile;**

___  **express mailed by overnight delivery**.

<u>Plaintiff appearing In Pro Per</u>
Granville William Smith, IV
#AS-8567 – J-138
Deuel Vocational Institution
P. O. Box 600
Tracy, CA 95378-0600

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this August 3, 2018 at Sacramento, California.

/s/ Beverly J. Murch
Beverly J. Murch

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL; ORDER
Case No. 2:14-cv-00775 KJM CMK

3