# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GRANVILLE SMITH,

    Plaintiff,

vs.

B. AUBUCHON, et al.,

    Defendants.

No. 2:14-CV-0775-KJM-CMK-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 83) to file objections to the court's August 21, 2018, findings and recommendations. Good cause appearing therefor, the request is granted. Plaintiff may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: Sept 10 2018

Hon. Dennis M. Cota
United States Magistrate Judge

1