# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVILLE WILLIAM SMITH,<br><br>Plaintiff,<br><br>v.<br><br>B. AUBUCHON, et al.,<br><br>Defendants. | No. 2:14-CV-0775-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for the court to provide a copy of the transcript of his deposition at public expense (ECF No. 113). Plaintiff's motion is denied because the expenditure of public funds on behalf of an indigent litigant is only proper when authorized by Congress, see Tedder v. Odel, 890 F.2d 210, 211 (9th Cir. 1989), and the expenditure requested by plaintiff has not been so authorized, see e.g. 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated: September 9, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE