# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVILLE WILLIAM SMITH, | No. 2:14-CV-0775-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| B. AUBUCHON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion to modify the schedule (ECF No. 116). Defendants seek an order extending the dispositive motion filing deadline to 30 days following a ruling on plaintiff's motion to compel. Good cause appearing therefor, defendants' motion is granted. The parties may file dispositive motions within 30 days of the date of this order, issued concurrently with an order addressing plaintiff's motion to compel.

IT IS SO ORDERED.

Dated: September 9, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE