IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVILLE WILLIAM SMITH, IV, | No. 2:14-CV-0775-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| B. AUBUCHON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for a 45-day extension of time to file objections to the findings and recommendations issued on March 31, 2020. See ECF No. 140. Good cause appearing therefor, plaintiff's motion is granted in part. Plaintiff may file objections within 30 days of the date of this order.

Dated: June 3, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1