IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVILLE WILLIAM SMITH, IV,<br><br>Plaintiff,<br><br>v.<br><br>B AUBUSHON, et al.,<br><br>Defendants. | No.  2:14-CV-0775-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's sixth motion for an extension of time to file objections to the findings and recommendations issued on March 31, 2020.  See ECF No. 151.  For the reasons stated in the Court's order denying Plaintiff's fifth motion, see ECF No. 150, Plaintiff's sixth motion is also denied.  The objections filed on September 21, 2020, are untimely.

IT IS SO ORDERED.

Dated:  September 29, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1