UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Granville William Smith, IV,<br><br>        Plaintiff,<br><br>    v.<br><br>B. Aubuchon, et al.,<br><br>        Defendants. | No. 2:14-cv-00775-KJM-DMC<br><br>ORDER |

Judgment was entered in this case on October 6, 2020 after this court adopted the magistrate judge's findings and recommendations and granted the defendants' motion for summary judgment. *See* Judgment, ECF No. 156; Order, ECF No. 155. Plaintiff has now filed objections to this court's and the magistrate judge's orders, which the court construes as a motion for relief from the judgment under Federal Rule of Civil Procedure 60(b). *See* Objs., ECF No. 161 (quoting Rule 60(b) under the heading "Relief"). Plaintiff has not shown he is entitled to relief from the judgment for any reason listed in that rule:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

**The motion at ECF No. 161 is denied.**

IT IS SO ORDERED.

DATED: July 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE