UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVILLE WILLIAM SMITH, IV,<br><br>Plaintiff<br><br>v.<br><br>B. AUBUCHON, et al.,<br><br>Defendants | No. 2:14-cv-0775-KJM-DMC-P<br><br>ORDER |

Judgment was entered on this case on October 6, 2020, after this court adopted the magistrate judge's findings and recommendations and granted the defendants' motion for summary judgment. *See* Judgment, ECF No. 156; Order (Oct. 6, 2020), ECF No. 155. In July 2021, the court denied plaintiff's motion for relief from the judgment under Federal Rule of Civil Procedure 60(b). Order (July 7, 2021), ECF No. 162. Plaintiff has now filed a "petition of conflict" regarding this court's and the magistrate judge's orders, which the court construes as a renewed motion for relief from the judgment. *See* Petition Conflict, ECF No. 163. For the same reasons noted in this court's July 2022 order, the court **denies** the motion. The court will not entertain any similar motions in the future.

**The motion at ECF No. 163 is denied.**

IT IS SO ORDERED.

DATED: September 19, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE